```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

REGINA WALL,                        )
                                    )
              Plaintiff,            )
                                    )
     v.                             )     No.  09 C 3536
                                    )
APEX FINANCIAL MANAGEMENT,          )
                                    )
              Defendant.            )

## MEMORANDUM ORDER

Regina Wall ("Wall") has filed a Complaint and Demand for Jury Trial, invoking the Fair Debt Collection Practices Act against Apex Financial Management ("Apex"). To establish venue in this judicial district, Wall's attorneys cite 28 U.S.C. §1391(b)(1), obviously relying on these allegations in Complaint ¶¶3 and 9:

> 3. Defendant conducts business in the State of Illinois, and therefore, personal jurisdiction is established.

                    *         *         *

> 9. Defendant is a law firm with an office located in Buffalo Grove, Illinois.

Something odd is going on here. Given its name, Apex cannot be "a law firm," as Wall's counsel would have it. And it is also highly unlikely, given its name, that it is a suable legal entity at all.

Accordingly this Court is prepared to dismiss this action unless counsel for Wall--who is identified in Complaint ¶6 as a New Jersey resident--provide further information on or before

June 22, 2009 that explains satisfactorily the predicate for bringing this action in this judicial district and in the manner identified in the Complaint.  That added information may be tendered either via an amendment to the existing Complaint or through a self-contained Amended Complaint.

_____
Milton I. Shadur
Senior United States District Judge

Date:  June 12, 2009